Gurstel Chargo PA
9320 East Raintree Drive
Scottsdale, AZ 85260
Lindsay M. Hughes (#028908)
Attorney for Defendant
Telephone: (877) 344-4002
Facsimile: (877) 750-6335
Email: info@gurstel.com

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

Lawrence Du Point
   Plaintiffs,

vs.

Centerpoint Legal Solutions, LLC
   Defendant.

Case No. 2:15-cv-00274-DJH

DEFENDANT'S ANSWER

Defendant, Centerpoint Legal Solutions, LLC, by and through undersigned counsel, hereby Answers Plaintiff's Complaint.

**DEFENDANT'S ANSWER**

I. Preliminary Statement

1. Paragraph 1 of Plaintiff's Complaint contains no factual allegations, thus Defendant need not admit or deny.

II. Jurisdiction and Venue

2. Defendant admits the allegation contained in Paragraph 2 of Plaintiff's Complaint.

3. Defendant admits the allegation contained in Paragraph 3 of Plaintiff's Complaint.

III. Parties

4. Defendant lacks the information to admit or deny the allegations as contained in Paragraph 4 of Plaintiff's Complaint and thus denies the same.

5. Defendant lacks the information to admit or deny the allegations as contained in Paragraph 5 of Plaintiff's Complaint and thus denies the same.

6. Defendant lacks the information to admit or deny the allegations as contained in Paragraph 4 of Plaintiff's Complaint and thus denies the same.

7. Defendant admits that it is registered as a limited liability company in the State of Minnesota and that its principle place of business is located in the State of Minnesota only. Defendant expressly denies that it is a business engaged in the collection of debt within the State of Arizona.

8. Defendant admits the allegation contained in Paragraph 8 of Plaintiff's Complaint.

9. Defendant denies the allegations contained in Paragraphs 9–13 of Plaintiff's Complaint.

## IV. Allegations

10. Defendant denies the allegations contained in Paragraph 14 of Plaintiff's Complaint.

11. Defendant admits the allegations contained in Paragraph 15 of Plaintiff's Complaint.

12. Defendant denies the allegations contained in Paragraph 16 of Plaintiff's Complaint.

13. Defendant admits the allegations contained in Paragraph 17 of Plaintiff's Complaint.

14. Defendant lacks the information to admit or deny the allegations as contained in Paragraph 18 of Plaintiff's Complaint and thus denies the same.

15. Defendant admits the allegations contained in Paragraphs 19–22 of Plaintiff's Complaint.

16. Defendant denies the allegations contained in Paragraph 23 of Plaintiff's Complaint.

17. Defendant admits the allegations contained in Paragraph 24 –25 of Plaintiff's Complaint.

18. Defendant admits the allegations contained in Paragraph 26 of Plaintiff's Complaint that a second phone call was received and that Plaintiff spoke with Jeff Bronson. However Defendant

lacks the information to admit or deny the remaining allegations as contained in Paragraph 26 of Plaintiff's Complaint and thus denies the same.

19. Defendant admits the allegation contained in Paragraph 27 of Plaintiff's Complaint.

20. Defendant denies the allegations contained in Paragraphs 28 and 29 of Plaintiff's Complaint in their entirety.

## V. Jury Demand

21. Defendant hereby demands a trial by jury on all issues so triable.

## VI. Affirmative Defenses

47. The Complaint, and each purported claim alleged therein, fails to state a claim upon which relief can be granted.

48. The claims of the Complaint are barred by the doctrines of estoppel, waiver, laches, and unclean hands.

49. Any stated cause of action is the result of a bona fide error for which Defendant maintains policies and procedures to avoid.

## VII. Defendant's Prayer for Relief

WHEREFORE, Defendant prays as follows:

1. That Plaintiff take nothing by this action;

2. That judgment be entered against Plaintiff and in favor of Defendant;

3. That Defendant be awarded its costs incurred in this action, including, where applicable under the law, its reasonable attorneys' fees pursuant to 15 U.S.C. § 1692k(a)(3).

4. That this Court grant such other relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this __17th__ day of April, 2015

> GURSTEL CHARGO PA
> /s/ Lindsay M. Hughes
> Lindsay M. Hughes (#028908)
> Attorney for Defendant