# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lawrence du Pont,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Centerpoint Legal Solutions, LLC,<br><br>　　　　　Defendant. | No. CV-15-00274-PHX-DJH<br><br>**ORDER** |

Having considered the Stipulation to Dismiss with Prejudice (Doc. 11), filed June 9, 2015,

**IT IS ORDERED** that the Stipulation (Doc. 11) is **GRANTED** and this action is **DISMISSED** with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS FINALLY ORDERED** the Clerk of Court shall **TERMINATE** this action in its entirety.

Dated this 9th day of June, 2015.

Honorable Diane J. Humetewa
United States District Judge